## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN W. MAGNESS, ADC #150340                                                                     PLAINTIFFS
and MATTHEW B. WARFORD, ADC #146852

v.                                          NO. 4:11CV00598 JLH

DAVID REYNOLDS, Judge, Van Buren County;
C.E. CLAWSON, Judge, Van Buren County;
MELVIN A. JACKSON, Public Defender,
Van Buren County; CHRIS R. CARNAHAN,
Assistant Prosecuting Attorney, Van Buren County;
JOE DON WINNINGHAM, Former Assistant
Prosecuting Attorney, Van Buren County;
JEFF BITTLE, Investigator, Van Buren County; and
WAYNE HEAD, Officer, Clinton Police Department                                                   DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 26th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE